UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Stavin Halsel**
4311 Raptor Place
Snellville, GA 30039

Case No.: **13–72957–wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

**xxx–xx–4854**

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing on:

Debtor's Motion to Defer Discharge

has been rescheduled before Judge Wendy L. Hagenau on **May 29, 2014** at **10:30 AM** in **Courtroom 1403, Atlanta**.

United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: May 6, 2014

Form189